■ In the Matter of JENNIFER WAITE and Others, Resident Taxpayers, Electors and Legal Voters in the Town of Champion Fire Protection District, Appellants, v TOWN OF CHAMPION, Respondent. [48 NYS3d 915]—

Appeal from a judgment (denominated order) of the Supreme Court, Jefferson County (James P. McClusky, J.), entered December 16, 2015 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Petitioners appeal from a judgment dismissing their CPLR article 78 petition seeking a determination that respondent's dissolution plan is void and a determination that respondent must comply with General Municipal Law, article 17-A, title 3. We agree with respondent that Supreme Court properly dismissed the petition inasmuch as respondent complied with the statute (*see* § 786 [1]). The majority of electors voted for dissolution of the Champion Fire Protection District, and respondent consequently fulfilled its duty of devising a dissolution plan (*see* § 782 [2]). Petitioners failed either to attain the requisite number of signatures to challenge the dissolution plan by referendum (*see* § 785 [2] [a]), or to petition for the establishment of a fire district (*see* Town Law § 171 [1]). Present—Smith, J.P., Carni, NeMoyer, Curran and Troutman, JJ.